## Commonwealth *v.* McAdoo, Appellant.

Before Shelley, J.

Argued March 11, 1969. *Edward S. Finkelstein,* with him *Rosenberg, Rothman & Finkelstein,* for appellant; *J. Morgan,* Assistant District At-

torney, with him *Jerome T. Foerster,* Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.